**BRODSKY SMITH**
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINDA ARREOLA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BILLIE, INC., and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 2:21-cv-06927-SVW-MRW**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

1   Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

2   Procedure, plaintiff Selinda Arreola ("Plaintiff"), hereby voluntarily dismisses this action with

3   prejudice as to the named Plaintiff, Selinda Arreola, only, and without prejudice as to the purported

4   class.  This notice of dismissal is being filed before service by Defendant of either an answer or a

5   motion for summary judgment.  Since no class has been certified and the dismissal is without

6   prejudice as to the members of the putative class, notice to the purported class of this dismissal is

7   not required.  The dismissal of this Action is effective upon filing of this notice.

8

9   Dated: September 20, 2021

**BRODSKY SMITH**

10   By:   */s/ Evan J. Smith*

Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste. 900
Phone:  (877) 534-2590
Facsimile (310) 247-0160

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)